## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROSAURA TINAJERO,** | ) | **CASE NO. 8:10CV299** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion.

The Plaintiff was allowed until January 18, 2011, to effect service of the Defendant and file proof of service or, alternatively, show cause why this case should not be dismissed without prejudice for failure to effect service within the time allowed under Federal Rule of Civil Procedure 4(m).  Because the Plaintiff has not filed proof of service or shown good cause for failing to effect service, this case is dismissed without prejudice for failure to prosecute.  Fed. R. Civ. P. 4(m); NECivR 41.2.

IT IS ORDERED that this case is dismissed without prejudice.

DATED this 19th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge